IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

George C.,                              :         Case No. 1:20-cv-607
                                        :
        Plaintiff,                      :
                                        :         Judge Susan J. Dlott
            v.                          :         Magistrate Judge Stephanie K. Bowman
                                        :
Commissioner of Social Security,        :         **Order Adopting Report and**
                                        :         **Recommendation**
        Defendant.                      :
                                        :

        The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on March 1, 2022.  (Doc. 14.)  The Magistrate Judge

recommended that the Administrative Law Judge's finding of non-disability be affirmed as

supported by substantial evidence and that this case be closed.

        No objections to the Report and Recommendation have been filed and the time to do so

has expired.  Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's

Report and Recommendation.  This case is hereby **TERMINATED** from the docket of this

Court.

        **IT IS SO ORDERED**.


                                        S/Susan J. Dlott
                                        Judge Susan J. Dlott
                                        United States District Court